**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiffs

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/13
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
UNILEVER PLC and CONOPCO, INC.
d/b/a UNILEVER
                              Plaintiffs,
        -against-

JOHN PAUL MITCHELL SYSTEMS, INC.

                              Defendant.
-----------------------------------------------------------X

Civil Action No. 13-CV-06772 (HB)

## NOTICE OF DISMISSAL

Plaintiffs Unilever PLC and Conopco, Inc. d/b/a Unilever, by their attorneys, Duane Morris LLP, hereby dismiss the above action, with prejudice and without costs against any party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**DUANE MORRIS LLP**

By: _____

Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiffs

The Clerk is instructed to close this case and remove it from my docket.

SO ORDERED: _____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 12/23/13

DM2\4656571.1